```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

MEGAN O'KEEFE,                        )
                                      )
            Plaintiff,                )
                                      )
       v.                             )   No. 4:06 CV 1060 DDN
                                      )
MIDWEST TRANSPORT, INC., and          )
JEFFREY L. WHITSELL,                  )
                                      )
            Defendants.               )

## ORDER

Pursuant to the letter request of plaintiff,

**IT IS HEREBY ORDERED** that the parties may have until May 10, 2007, in which to conclude the ADR conference.

/S/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on February 22, 2007.